1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  BRENDA M. PULLIN
   Special Assistant United States Attorney
4

5        Social Security Administration
         160 Spear Street, Suite 800
6        San Francisco, California 94105
         Telephone: (415) 977-8975
7        Facsimile: (415) 744-0134
         E-Mail: Brenda.Pullin@ssa.gov
8

9  Attorneys for Defendant

10

11                 UNITED STATES DISTRICT COURT

12               EASTERN DISTRICT OF CALIFORNIA

                       SACRAMENTO DIVISION
13

14
   MICHELE HARRINGTON,                    )   Case No. 2:13-CV-00052-AC
15                                        )
                  Plaintiff,              )
16                                        )   STIPULATION AND ORDER FOR FIRST
                                          )   EXTENSION OF TIME TO FILE
17        vs.                             )   DEFENDANT'S MOTION FOR SUMMARY
   CAROLYN W. COLVIN, Acting              )   JUDGMENT
18 Commissioner of Social Security,       )
                                          )
19                Defendant.              )
                                          )
20 _____)

21        At the end of the day on September 30, 2013, the appropriation that had been funding the

22 Department of Justice expired and the appropriations to the Department lapsed.  The same was

23 true for most Executive agencies, including the Social Security Administration.  Effective

24 October 17, 2013, funds were appropriated for the Department of Justice and the Social Security

25 Administration, and attorneys in both offices are resuming their usual civil litigation functions.

26        Notwithstanding the return of all attorneys, the Office of the General Counsel for the

27 Social Security Administration has a substantial backlog of work as a result of this lapse in

28

appropriations.  The Office of the General Counsel is working diligently to prioritize and work through this backlog as efficiently as possible.  As such, the Acting Commissioner requests a 30-day extension of time for filing the Commissioner's Motion for Summary Judgment.

Respectfully submitted,

Dated:  October 24, 2013        By:        /s/ Rick Peasley
                                           (via e-mail authorization)
                                           RICK PEASLEY
                                           Attorney for Plaintiff


                                           BENJAMIN B. WAGNER
                                           United States Attorney


Dated:  October 22, 2013        By:        /s/ Brenda M. Pullin
                                           BRENDA M. PULLIN
                                           Special Assistant U.S. Attorney
                                           Attorneys for Defendant


**ORDER**

IT IS SO ORDERED.

Dated: October 25, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;harr0052.eot.stip