BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney

    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHELE HARRINGTON, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:13-CV-00052-AC <br><br> STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

    At the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed.  The same was true for most Executive agencies, including the Social Security Administration.  Effective October 17, 2013, funds were appropriated for the Department of Justice and the Social Security Administration, and attorneys in both offices are resuming their usual civil litigation functions.

    Notwithstanding the return of all attorneys, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of this lapse in

appropriations. The Office of the General Counsel is working diligently to prioritize and work through this backlog as efficiently as possible. As such, the Acting Commissioner requests a 30-day extension of time for filing the Commissioner's Motion for Summary Judgment.

                                      Respectfully submitted,

Dated: October 24, 2013      By:   */s/ Rick Peasley*
                                         (via e-mail authorization)
                                         RICK PEASLEY
                                         Attorney for Plaintiff

                                         BENJAMIN B. WAGNER
                                         United States Attorney

Dated: October 22, 2013      By:   */s/ Brenda M. Pullin*
                                         BRENDA M. PULLIN
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

## **ORDER**

      IT IS SO ORDERED.

Dated: October 25, 2013

                                                      ALLISON CLAIRE
                                                      UNITED STATES MAGISTRATE JUDGE

/mb;harr0052.eot.stip