BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE HARRINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:13-CV-52-AC<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FIVE THOUSAND EIGHT HUNDRED DOLLARS ($5,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of THREE HUNDRED FIFTY DOLLARS ($350.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1

After the Court issues an order for EAJA fees and costs to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and costs to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees and costs are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and costs is entered, the government will determine whether they are subject to any offset.

Fees and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Rick Peasley, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, expenses, and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, expenses, and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: June 26, 2014   By:   */s/ Rick Peasley*\*
RICK PEASLEY
\*By email authorization on June 26, 2014
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney

Dated: June 25, 2014   By:   */s/ Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant United States Attorney
Attorneys for Defendant

2

**ORDER**

Pursuant to the parties' stipulation, it is so ordered.

Dated: June 30, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3